In the Matter of **THOMAS BENZ**, Petitioner, v **WILLIAM G. HEGARTY**, as Commissioner of Police of the Police Department of the City of New Rochelle, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Police Commissioner of the City of New Rochelle which, after a hearing, (1) sustained disciplinary charges filed against petitioner and (2) suspended him without pay for a period of 15 days. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. There is sufficient evidence in the record to support the commissioner's determination. The penalty imposed is not

shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Hopkins, J. P., Titone, Gulotta and O'Connor, JJ., concur.